# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY NOONAN

VERSUS

WAITR, INC., LANDCADIA
HOLDINGS, INC., WAITR
HOLDINGS, INC. AND NATHAN
MEYERS

NO.  2022 CW 1009

**SEPTEMBER 20, 2022**

---

In Re:   Kimberly Noonan, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         2019-10940.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DISMISSED.**   This   writ   application   is   dismissed
pursuant to relator's correspondence advising that the parties
have settled and relator wishes to dismiss the writ application.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT